# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WSI | F5293227 | Travis Haworth | 2291 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 11/04/2023 1523 hrs
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 36 CFR 2.61.54 (D)
Place of Offense: FSR 102 Expired Vehicle Registration Shoshone NF to wit: Registration exp. 04/30/2020

Offense Description: Factual Basis for Charge    HAZMAT ☐
Expired vehicle registration
vehicle registration expired
on 04/30/2023

### DEFENDANT INFORMATION
Last Name: George    First Name: Tom
Street Address: [redacted]

Tag No: 11-6222  State: WY  Year: 89  Make: Chev  VA  Color: Bro

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 150.00 Forfeiture Amount
  + $30 Processing Fee

PAY THIS AMOUNT AT → $ 180.00 Total Collateral Due
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____  Date (mm/dd/yyyy): _____  Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy
Previous edition is obsolete
*F5293227*
FS-5300-4 (1/2020)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 11/04, 20 23 while exercising my duties as a law enforcement officer in the Judicial District of Wyoming.

SEE ATTACHED

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/04/2023   Travis Haworth
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident